FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAY 18  PM 4: 12

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JIMMIE LEE BROWN | CIVIL ACTION |
| VERSUS | NO. 06-6256 |
| SHERIFF AUBREY JONES, ET AL. | SECTION "F" (1) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' unopposed motion for summary judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's claims against all defendants are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a), but with prejudice for the purpose of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915.

New Orleans, Louisiana, this 18th day of MAY, 2007.

Martin L. C. Feldman
UNITED STATES DISTRICT JUDGE

___ Fee ___
___ Process ___
_X_ Dktd ___
_✓_ CtRmDep ___
___ Doc. No ___